# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

126714 & (28)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF LARRY DEVAULT, a minor,
by his conservator DEBORAH DEVAULT,
          Plaintiff-Appellee,

v

SETHAVARANGURA PORNPICHIT, M.D.,
and GRACE HOSPITAL, a/k/a SINAI
HOSPITALS OF GREATER DETROIT,
          Defendants-Appellants.

SC: 126714
COA: 256163
Wayne CC: 02-214966-NH

_____/

By order of April 1, 2005, we directed the Wayne Circuit Court to issue findings of fact and conclusions of law. On order of the Court, the supplemental opinion having been filed, the application for leave to appeal the June 22, 2004 order of the Court of Appeals is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

_____
Clerk

t0614